# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **KEVIN L.,** § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:21-CV-02160 |
| § | |
| **ANDREW SAUL,** § | |
| § | |
| Defendant. § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pending before the Court is Plaintiff's Motion to Recover Attorney's Fees. ECF No. 27. The Motion had been referred to Magistrate Judge Dena Hanovice Palermo for a report and recommendation. On December 22, 2022, Judge Palermo issued the Report and Recommendation, recommending that the Motion be granted, and Defendant be ordered to pay $9,022.35 pursuant to the Equal Access to Justice Act. The time for filing objections has passed, and no objections were filed.

Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Report and Recommendation for clear error. Finding no clear error, the Court adopts the Report and Recommendation in its entirety. Plaintiff's Motion is hereby **GRANTED**. Defendant is **ORDERED** to pay $9,022.35 to Plaintiff pursuant to the Equal Access to Justice Act.

**IT IS SO ORDERED**.

Signed at Houston, Texas on January 6, 2023.

_____
Keith P. Ellison
United States District Judge