United States District Court
Southern District of Texas
**ENTERED**
September 09, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **KEVIN L.,**[1] | § | |
| | § | |
| ***Plaintiff*,** | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:21-cv-02160** |
| | § | |
| **FRANK BISIGNANO,**[2] **Acting Commissioner of Social Security Administration,** | § | |
| | § | |
| | § | |
| ***Defendant*.** | | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pending before the Court is Plaintiff's Motion for Attorney Fees. ECF No. 33. The Motion was referred to Magistrate Judge Dena Hanovice Palermo for a report and recommendation. *Id.*; ECF No. 35. On August 24, 2026, Judge Palermo issued a Report and Recommendation, **GRANTING** Plaintiff's Motion. ECF No. 36. The deadline for filing objections passed on September 8, 2026, and no objections were filed.

Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Report and Recommendation for clear error. Finding no clear error, the Court adopts the Report and Recommendation in its entirety. Accordingly, Plaintiff's Motion for Attorney Fees (ECF No. 33) is **GRANTED**. Defendant is **ORDERED** to award Plaintiff's counsel, Michael Kelly, $30,000 in attorney fees withheld from Plaintiff's past-due benefits. Additionally, Plaintiff's counsel is **ORDERED** to refund the EAJA award in the amount of $9,022.35 directly to Plaintiff.

**IT IS SO ORDERED**.

---

[1] The Court uses only Plaintiff's first name and last initial. See "Memorandum Re: Privacy Concern Regarding Social Security and Immigration Opinions," Committee on Court Administration and Case Management of the Judicial Conference of the United States (May 1, 2018).

[2] The Court substitutes in the name of the current Commissioner as Defendant pursuant to Federal Rule of Civil Procedure 25(d).

**SIGNED** at Houston, Texas on this the 9th day of September, 2026.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE